No. 95–223. CINCINNATI INSURANCE CO. *v.* ORANGEBURG SAUSAGE CO. Ct. App. S. C. Motions of American Council of Life Insurance and South Carolina Defense Trial Attorneys Association for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 95–240. NEWMAN *v.* CONSOLIDATION COAL CO. Super. Ct. Pa. Motion of petitioner for leave to proceed as a seaman granted. Certiorari denied.

No. 95–273. KEYSTONE SANITATION CO., INC., ET AL. *v.* ARCATA GRAPHICS FAIRFIELD, INC., ET AL. C. A. 3d Cir. Motion of National Bar Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–8182. AVERY *v.* BRODEUR, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS, 514 U. S. 1070; and
No. 94–9175. ROAQUIN *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, 515 U. S. 1165. Petitions for rehearing denied.

OCTOBER 16, 1995

No. 95–167. WALDRON *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Gaudin,* 515 U. S. 506 (1995).

No. M–15. FARR *v.* FLORIDA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied. JUSTICE STEVENS, JUSTICE KENNEDY, JUSTICE GINSBURG, and JUSTICE BREYER would grant the motion.

No. M–16. MARIAN *v.* GORIS ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.